**STATE of Missouri, Respondent,**

v.

**Tina Marie LAVENDER, Appellant.**

**Nos. WD 51382, WD 53628.**

Missouri Court of Appeals,
Western District.

Aug. 26, 1997.

A. Renae Adamson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

### ORDER

PER CURIAM.

Tina Marie Lavender appeals the judgment of convictions and sentences for voluntary manslaughter, § 565.023 RSMo 1994, and armed criminal action, § 571.015 RSMo 1994, and the order denying her Rule 29.15 motion after an evidentiary hearing.

Judgment of convictions and order denying Rule 29.15 motion are affirmed. Rule 30.25(b); and Rule 84.16(b).